FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 26 2022
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 21-CR-1419-JB |
| vs. | ) |
| | ) 18 U.S.C. §§ 1153 and 1112: |
| JAMESON BEGAYE, | ) Voluntary Manslaughter |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about March 7, 2021, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **JAMESON BEGAYE**, an Indian, while in heat of passion and therefore without malice, intended to kill John Doe, and unlawfully killed John Doe.

In violation of 18 U.S.C. §§ 1153 and 1112.

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of 18 U.S.C. §§ 1153 and 1112, the defendant, **JAMESON BEGAYE**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a black Taurus handgun Model TX-.22 serial number 1PT317445, magazine, and .22 caliber ammunition, and

b. a semi-automatic .22 rifle with wood stock and .22 caliber ammunition.

Respectfully submitted,

ALEXANDER M. M. UBALLEZ
United States Attorney

*/s/*

KYLE T. NAYBACK
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274