IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No. 21-1419-JB |
| ) | |
| vs. ) | |
| ) | |
| **JAMESON BEGAYE**, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' MOTION FOR DOWNWARD ADJUSTMENT
IN DEFENDANT'S OFFENSE LEVEL**

The United States of America files this motion pursuant to U.S.S.G. § 3E1.1(b), and moves the Court for an order for a one level downward adjustment of the Offense Level in sentencing Defendant. As grounds therefor, the United States provides:

1. Pursuant to U.S.S.G. § 3E1.1(a), Defendant clearly has demonstrated acceptance of responsibility for this offense, and Defendant's offense level should be decreased by two levels.

2. Prior to operation of U.S.S.G. § 3E1.1(b), Defendant's offense level is 16 or greater.

3. Defendant has assisted authorities in the investigation or prosecution of this matter by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

4. Therefore, pursuant to U.S.S.G. § 3E1.1(b), Defendant's offense level should be adjusted downward by one additional level.

WHEREFORE, the United States respectfully requests a downward adjustment in Defendant's offense level of one additional level for acceptance of responsibility.

Respectfully submitted,

**ALEXANDER M.M. UBALLEZ**
United States Attorney

*Electronically filed March 21, 2023*
ZACH JONES
Assistant United States Attorneys
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
zachary.jones2@usdoj.gov

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause a copy of this filing to be sent to counsel for Defendant, Barry Porter.

*Electronically filed March 21, 2023*
ZACH JONES
Assistant United States Attorney