# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE MATTHEW L. GARCIA

| | | | |
|---|---|---|---|
| CR No: | 21-1419 MLG | USA vs. | Begaye |
| Date: | 6/6/23 | Defendant: | Jameson Begaye |

| | | | |
|---|---|---|---|
| Time In/Out: | 1:28 – 2:25 | Total Time in Court: | 57 minutes |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Zachary Jones | Defendant's Counsel: | Susan Burgess-Farrell for B. Porter |
| Courtroom: | Gila | Probation Officer: | A Ortiz y Martinez |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | Plea | As to: | Information | Counts: | 1 |
| Guilty Plea: | Accepted | Plea Agreement: | Accepted | | |
| Date of Plea/Verdict: | 8/26/22 | PSR: Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
| Exceptions to PSR: | Objection 1 – withdrawn; Objection 2 – sustained; | | | | |

## SENTENCE IMPOSED

| | |
|---|---|
| **IMPRISONMENT (BOP):** | 97 months |

☒ 500-Hour Drug Program  ☐ BOP sex-offender treatment program  Other:

| | | | |
|---|---|---|---|
| **SUPERVISED RELEASE:** | 3 years | ☒ | Mandatory/Standard Conditions |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Defendant must participate in/successfully complete outpatient substance abuse treatment program & grant waiver of confidentiality. | ☒ | Defendant must submit to substance abuse testing to determine if you have used a prohibited substance; Testing shall not exceed 60 tests per year |
| ☒ | Defendant must submit to a search of your person, property, residence, vehicle, papers, computers (as defined in 18USC1030(e)(1)), other electronic communications or data storage devices or media, or office under your control. | ☒ | Defendant must not use or possess alcohol; You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or alcohol monitoring technology program to determine if you have used alcohol; Testing shall not to exceed 4 tests per day. |
| ☒ | Defendant must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances that impair your physical or mental functioning, whether or not intended for human consumption. | ☐ | Defendant must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). |
| ☐ | Defendant must participate in community-based program which provides education and training in: | ☒ | Defendant must reside at a Residential Reentry Center for a term of (up to) 180 days |
| ☒ | Defendant must complete 40 hours of community service as directed. | ☒ | Defendant must not communicate, or otherwise interact, with victim(s) directly or through someone else with approval of the probation officer. |

### MONETARY PENALTIES / FORFEITURES

| | | | | | | |
|---|---|---|---|---|---|---|
| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | 100.00 | Due Immediately |

| | |
|---|---|
| Forfeit rights title & interest to: | Property listed in paragraph 18 of the written plea agreement. |

### OTHER

| | |
|---|---|
| ☐ Waived Appeal Rights per Plea Agreement | ☒ Held in Custody |
| ☒ Recommended place(s) of incarceration: A facility in Eastern Arizona to be close to family | |
| ☐ Dismissed Counts: | |

### PROCEEDINGS

Court in session – parties state appearances; Court outlines documents reviewed to prepare for sentencing; Parties are ready to proceed; Court verifies Defendant's Objection #1 is withdrawn; Ms. Burgess-Farrell confirms; Ms. Burgess-Farrell addresses Court re: Objection #2 – law enforcement officer is assaulted "during the course of the offense"; Mr. Jones responds; Court finds enhancement does not apply and sustains objection; Mr. Burgess-Farrell addresses Court re: "reckless endangerment" enhancement; Mr. Jones responds; Ms. Burgess-Farrell rebuttal and answers Court's question; Court finds reckless endangerment enhancement does apply; Ms. Burgess-Farrell

addresses Court re: motion for downward adjustment and outlines factors that support a departure; Ms. Burgess-Farrell answers Court's questions; Mr. Jones responds; Ms. Burgess-Farrell rebuttal; Court addresses parties and denies request for departure; Court grants Government's motion re: BOL; Defendant addresses Court; Ms. Burges-Farrell has nothing to add for sentencing; Mr. Jones has nothing to add for sentencing; Court addresses parties and imposes sentence; Ms. Burgess-Farrell requests RRC placement include language "up to" 6 months; Mr. Jones does not object; Officer Ortiz y Martinez does not object; Parties have nothing to add.